**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **FOSSIL, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-CV-3181-L** |
| | § | |
| **THE JONES GROUP, INC.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is the parties' Agreed Motion to Dismiss, filed November 5, 2012. The court determines that the motion should be, and is hereby, **granted**. Accordingly, this action is **dismissed without prejudice**. The parties shall bear their own costs.

**It is so ordered** this 5th day of November, 2012.

_____
Sam A. Lindsay
United States District Judge

**Order - Solo Page**